UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ROBERT H. LEWIS, III,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>SKAGIT COUNTY, et al.,<br><br>　　　　　　　Defendants. | Case No. 2:24-cv-00452-JCC-TLF<br><br>REPORT AND RECOMMENDATION |

Plaintiff has filed a proposed civil rights complaint under 42 U.S.C. 1983 and an application to proceed *in forma pauperis* (IFP). Dkts. 5, 5-1. On July 9, 2024, the Court ordered plaintiff to show cause why the complaint should not be dismissed for failure to state a claim, or file an amended complaint. Dkt. 6. Plaintiff had until August 8, 2024, to meet the Court's deadline. *Id.*

Plaintiff has not responded to the Court's order to show cause to date. Accordingly, the undersigned recommends that the Court DENY plaintiff's IFP application (Dkt. 5) and dismiss the action without prejudice for failure to prosecute.

Pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), the parties shall have fourteen (14) days from service of this report to file written objections. *See also* Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those objections for purposes of *de novo* review by the district judge, *see* 28 U.S.C. § 636(b)(1)(C), and can result in a waiver of those objections for purposes of appeal. *See Thomas v. Arn*, 474

REPORT AND RECOMMENDATION - 1

U.S. 140, 142 (1985); *Miranda v. Anchondo*, 684 F.3d 844, 848 (9th Cir. 2012) (citations omitted). Accommodating the time limit imposed by Fed. R. Civ. P. 72(b), the Clerk is directed to set the matter for consideration on **September 10, 2024,** as noted in the caption.

Dated this 26th day of August, 2024.

Theresa L. Fricke
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2