THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBERT H. LEWIS, III,<br><br>Plaintiff,<br><br>v.<br><br>SKAGIT COUNTY, *et al.*,<br><br>Defendants. | CASE NO. C24-0452-JCC<br><br>ORDER |

The Court, having reviewed Plaintiff's application to proceed *in forma pauperis* (IFP), the Report and Recommendation of the Honorable Theresa L. Fricke, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1) The Court ADOPTS the Report and Recommendation;

(2) Plaintiff's IFP application (Dkt. No. 5) is DENIED;

(3) Plaintiff's complaint (Dkt. No. 1-1), and this action, are DISMISSED without prejudice for failure to prosecute; and

(4) The Clerk shall send copies of this Order to Plaintiff and to Judge Fricke.

//
//
//
//

1   DATED this 12th day of September 2024.

John C. Coughenour
UNITED STATES DISTRICT JUDGE